**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7085**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

PARAMENA J. SHIKANDA, a/k/a Joseph Shikanda,

                Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (2:09-cr-00251-3)

Submitted:  December 20, 2011     Decided:  December 23, 2011

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paramena J. Shikanda, Appellant Pro Se.  Steven Loew, Susan M. Robinson, Assistant United States Attorneys, Betty Adkins Pullin, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paramena J. Shikanda appeals the district court's order denying his self-styled motion for sentence adjustment and has filed a motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Shikanda's motion for appointment of counsel and affirm the district court's order. United States v. Shikanda, No. 2:09-cr-00251-3 (S.D.W. Va. July 11, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED